UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-cr-00684-DMS |
|---|---|
| Plaintiff, | **ORDER DISMISSING THE INDICTMENT AND JUDGMENT OF DISMISSAL** |
| v. | |
| CESAR ALCIDES MALDONADO, | |
| Defendant. | |

Based upon the Motion to Dismiss the Indictment and for the reasons set forth therein, and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

The United States' Motion to Dismiss is **GRANTED**, and the indictment is dismissed without prejudice.

DATED: 7/18/2025

_____
THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE